UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| IRA JEROME ROSS | CIVIL ACTION NO. 17-1540-P |
| VERSUS | JUDGE FOOTE |
| STATE OF LOUISIANA, ET AL. | MAGISTRATE JUDGE HORNSBY |

JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e) until such time as the Heck conditions are met.

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, on this 18th day of June 2018.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE